FILE COPY

# IN THE SUPREME COURT OF TEXAS

No. 22-0468

IN THE INTEREST OF A.D., A.D., M.D., B.D., C.M. AND A.M., CHILDREN

ON PETITION FOR REVIEW

**ORDER**

1.      The case is abated pursuant to case no. 15-0171, In re P.M. until further order of this Court.  The petitioner asks for the appointment of counsel.  The case is remanded to the trial court to determine if the petitioner is entitled to counsel to aid in filing motions for rehearing.  The trial court should hold any hearings necessary and make and issue findings of fact and conclusions of law as necessary.

2.      This case is removed from the Court's active docket until September 9, 2022, by which time the parties must file either a status report or a motion to lift the order of abatement.

Done at the City of Austin, this 10th day of August, 2022.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Brad Sonego, Deputy Clerk